29013

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| | |
|---|---|
| In Re: TML TRANSIT, INC., )  | |
| Debtors ) | No. 09-06552 |
| ) | Chapter 11 |
| ) | Hon. Susan Pierson Sonderby |

## NOTICE OF MOTION

TO:  A. All persons and entities who may be listed on the attached Service List
     B. All attorneys and other persons and entities listed on the Court's ECF Service List

**PLEASE TAKE NOTICE:** I shall present the attached FINAL APPLICATION OF DEBTOR'S COUNSEL FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES before the judge indicated herein, or any such judge sitting in his/her stead, on October 20, 2009, at the hour of 10:00 A.M. in Courtroom 642, Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois.

By:   CHARLES WM. DOBRA, LTD.

By:   **/s/ Charles Wm. Dobra**
      _____
      Attorney for Movant

Charles Wm. Dobra, Esq.
Charles Wm. Dobra, Ltd.
Attorney at Law
675 E. Irving Park Road
Suite 100
Roselle, Illinois 60272-3573
Tel. (630)893-2494
Attorney Number:   29320 (Du Page)
                   26755 (Cook)
                   0647039 (Kane)

**Facsimile Service in Compliance
With Federal Rules Will Be Accepted
At: (630)893-2497**

1

# CERTIFICATE OF TRANSMITTAL & SERVICE

    The undersigned attorney certifies under the penalty of perjury that he has on the date shown below via the Court's ECF System, transmitted and served a true copy of this document to the United States Trustee, or the United States Chapter 13 Standing Trustee, and attorneys, and other persons and entities that may be so listed, and to the Debtor and other persons and entities who may be listed on the Service List, via first class mail deposited with the United States Postal Service in either Medinah or Roselle, Illinois, prior to 5:00 PM with postage fully prepaid.

Dated: September 24, 2009

                                            **/s/ Charles Wm. Dobra**

## SERVICE LIST

Mr. Charles Blankenship
Manager,
TML Transit, Inc.
1121 Ellis Avenue
Bensenville, Illinois 60106

Mr. Anthony Blankenship
President,
TML Transit, Inc.
1121 Ellis Avenue
Bensenville, Illinois 60106

Dalton Grief, Esq.
Attorney at Law
(Corporate Counsel for TML Transit, Inc.)
881 West Lake Street
Addison, Illinois 60101

Darren L. Besic, Esq. - dbesic@aol.com
(Service through Court's ECF system)

John S. Graettinger, Esq. - jsg@pentwater.com, ecf@pentwater.com
(Service through Court's ECF system)

William T. Neary
US Trustee--USTP Region 11, ES.ECF@usdoj.gov
(Service through Court's ECF system)

Ms. Ariane Holtschlag, Esq. - lawyers@ggl-law.com
Grochocinski, Grochocinski & Lloyd, Ltd.
(Service through Court's ECF system)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 09-06552<br>Northern District of Illinois<br>Chicago<br>Wed Mar 11 09:26:29 CDT 2009 | 300 W Fay Ave.<br>Addison, IL 60101-5008 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| A Reliable Glass & Door<br>4130 W Belmont Avenue<br>Chicago, IL 60641-4616 | A.N.S., Inc<br>P. O. Box 95109<br>Palatine, IL 60095-0109 | AT & T<br>P. O. Box 8100<br>Aurora, IL 60507-8100 |
| ATG Credit, LLC<br>P. O. Box 14895<br>Chicago, IL 60614-0895 | Alarm Securities, Inc.<br>105 W Mian Street<br>New Albany, MS 38652-3324 | Alexian Brothers Corporate Health Serv<br>3040 Salt Creek<br>Arlington Heights, IL 60005-1069 |
| Allied Waste<br>P. O. Box 9001154<br>Louisville, KY 40290-1154 | BB & T Equipment<br>Finance Payment Processing<br>P. O. Box 580155<br>Charlotte, NC 28258-0155 | Batteries Plus Dept.<br>P. O. Box 87618<br>Chicago, IL 60680-0618 |
| Cargo Equipment Corp.<br>640 Church Road<br>Elgin, IL 60123-9340 | Cartex Corporation<br>c/o Brian Sheedy<br>Perkins Cole LLP<br>131 S. Dearborn #1700<br>Chicago, IL 60603-5559 | Cassidy Tire & Service<br>200 South Church<br>Addison, IL 60101-3748 |
| Charole Hatcher<br>2069 Lana Lane<br>Tupelo, MS 38801-3146 | Chief Management, Inc<br>797 W Algonquin Road<br>Arlington Heights, IL 60005-4415 | Collection Services Center<br>P. O. Box 9125<br>Des Moines, IA 50306-9125 |
| Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Com Ed 2<br>Real Estate Dept. 4th Floor<br>Attn: Lease License Section<br>Three Lincoln Centre<br>Oakbrook, IL | Comcast Cable<br>P. O. Box 105184<br>Atlanta, GA 30348-5184 |
| Commercial Credit Group, Inc.<br>2056 Westings Avenue, Ste 280<br>Naperville, IL 60563-2694 | Directech Solutions, Inc.<br>2760 Beverly Drive, Unit 5<br>Aurora, IL 60502-8604 | E.R.S. Board Ups<br>4900 W Grand Avenue<br>Chicago, IL 60639-4413 |
| Elmhurst Memorial Healthcard<br>P. O. Box 92348<br>Chicago, IL 60675-2348 | FOB DuPage County, Lodge #109<br>20 Danada Square W, #159<br>Wheaton, IL 60189-2000 | Financial Accounting Services<br>2200 S Main Street, Ste 206<br>Lombard, IL 60148-5365 |
| First Advantage ADR<br>P. O. Box 526024<br>Sacramento, CA 95852-6024 | Fleetwash, Inc.<br>P. O. Box 36014<br>Newark, NJ 07188-6006 | Ford Credit<br>P. O. Box 790093<br>St. Louis, MO 63179-0093 |

Transportation Finance
P. O. Box 822108
Philadelphia, PA 19182-2108

Great Lakes Svc Ctr
562 Vista Avenue
Addison, IL 60101-4423

Green Care, Inc.
P. O. Box 371
Bensenville, IL 60106-0371

Holm's Radiator, LLC
1645 Dixon
Des Moines, IA 50316-2137

ILoca Services, Inc.
Payment Processing Department
1900 N Aurora Road
Naperville, IL 60563-1733

Illinois Department of Employment Securi
P. O. Box 3637
Springfield, IL 62708-3637

Inland Empire Industrial Supply
12741 Magnolia Avenue, Ste 100
Riverside, CA 92503-4682

Insurance Administrators, Inc.
AUI/IAI
309 N Stuart Place Road
Harlingen, TX 78552-6447

Internal Revenue Service
Attn: Ms. M. Ashford
2001 Butterfield Road
Downers Grove, IL 60515-1058

John Spot Portable Services
P. O. Box 9001099
Louisville, KY 40290-1099

Juan Cano
c/o Dalton Grief, Esq.
881 W. Lake Street
Addison, IL 60101-2044

Keller-Heartt Co., Inc.
4877 Paysphere Circle
Chicago, IL 60674-0048

Kontagious Kolors, Inc.
531 W Winthrop, Unit 2N
Addison, IL 60101-4433

L.A. Fasteners, Inc.
15W650 S Frontage Road
Burr Ridge, IL 60527-4303

Liberty Propane
P. O. Box 458
Lemont, IL 60439-0458

Modal Marketing, Inc.
303 N Fourth Street
Pekin, IL 61554-3241

Mr. Jeff Holmes
Staff Accountant - Peoplenet
1107 Hazeltine Blvd
Suite 500
Chaska, MN 55318-1068

Murphy & Miller, Inc.
39661 Treasury Center
Chicago, IL 60694-9600

New Age Transportation
1881 Rose Road
Lake Zurich, IL 60047-1552

Nexcheck
P. O. Box 19688
Birmingham, AL 35219-9688

Nicor Gas
P. O. Box 2020
Aurora, IL 60507-2020

OSCO Incorporated
P. O. Box 70
Lemont, IL 60439-0070

Penske Truck Leasing, L.P.
P. O. Box 802577
Chicago, IL 60680-2577

Peoplenet Communications Corp
NW 5489 P. O. Box 1450
Minneapolis, MN 55485-5489

Personal Touch Janitorial, Inc.
P. O. Box 87495
Carol Stream, IL 60188-7495

Pilot Travel Center Inc.
c/o Stephen Burr, Esq.
200 W Adams St. #1005
Chicago, IL 60606-5222

Quill Corporation
P. O. Box 37600
Philadelphia, PA 19101-0600

RMCA Group
Rick Soder
31632 N Ellis Drive, Ste 109
Volo, IL 60073-9672

Recycle Technologies, Inc.
298 Beinoris Drive
Wood Dale, IL 60191-1237

S. S. Air Express, Inc.
P. O. Box 771297
Wichita, KS 67277-1297

| | | |
|---|---|---|
| Safety-Kleen Systems, Inc.<br>P. O. Box 650509<br>Dallas, TX 75265-0509 | Saryussa, Caro<br>c/o Dalton Grief, Esq.<br>881 W. Lake Street<br>Addison, IL 60101-2044 | Sam's Club<br>P. O. Box 9001907<br>Louisville, KY 40290-1907 |
| Schaumburg Flyers<br>1999 Springinsguth Road<br>Schaumburg, IL 60193-5489 | Scott L. Hoing, CPA<br>2200 S Main Street, Ste 206<br>Lombard, IL 60148-5365 | Sky Technology Group, Inc.<br>1202 N 75th Street, #246<br>Downers Grove, IL 60518 |
| Skyway Transporation<br>NW7939 P. O. Box 1450<br>Minneapolis, MN 55485-1450 | Special Interest Answering Service<br>P. O. Box 2247<br>Joliet, IL 60434-2247 | Sprint<br>P. O. Box 4181<br>Carol Stream, IL 60197-4181 |
| Synter Resource Group (DHL)<br>P. O. Box 63247<br>North Charleston, SC 29419-3247 | TRANSFLO Express, LLC<br>Box 88322<br>Milwaukee, WI 53288-0001 | The Huntington National Bank<br>Equipment Finance Division<br>P. O. Box 701096<br>Cincinnati, OH 45270-1096 |
| Theresa's Recruiting<br>P. O. Box 73<br>Ringsted, IA 50578-0073 | Tifco Industries<br>P. O. Box 40277<br>Houston, TX 77240-0277 | Trailer Doctor Services, Inc.<br>1040 W Fullerton<br>Addison, IL 60101-4302 |
| TransCore #3801<br>P. O. Box 8500<br>Philadelphia, PA 19178-8500 | Transport Topics<br>P. O. Box 182<br>Congers, NY 10920-0182 | TrueNorth<br>421 4th Avenue SE P O Box 1863<br>Cedar Rapids, IA 52406-1863 |
| Tukaiz<br>P. O. Box 95147<br>Palatine, IL 60095-5147 | USI Insurance Services Corp.<br>c/o Kevin E. Posen, Esq.<br>Teller, Levitt & Silvertrust PC<br>11 E. Adams St. #800<br>Chicago, IL 60603-6369 | Victory 500 Marketing, LLC<br>d/b/a Challenge Magazine<br>650 W Broad Street<br>Southern Pines, SC 28387-5911 |
| Video & Sound Services, Inc.<br>40 W Lake Street<br>Northlake, IL 60164-2425 | Villa Park Office Equipment<br>c/o Law Offices of Phillip R. Nathe<br>552 S. Washington St. #104<br>Naperville, IL 60540-6658 | Village of Addison<br>1 Friendship Plaza<br>Addison, IL 60101-2786 |
| Vision Trailer Leasing<br>200 S Frontage Road, Ste 212<br>Burr Ridge, IL 60527-6917 | W. E. Carlson Corp<br>1128 Pagni Drive<br>Elk Grove Village, IL 60007-6685 | WBAP<br>P. O. Box 841511<br>Dallas, TX 75284-1511 |
| Waste Management<br>P. O. Box 4648<br>Carol Stream, IL 60197-4648 | Waste Management of North<br>MS-Tupelo<br>P. O. Box 9001054<br>Louisville, KY 40290-1054 | Charles W. Dobra<br>Charles Wm. Dobra, Ltd.<br>675 E. Irving Park Road<br>Roselle, IL 60172-2311 |

William T Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-1702

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Commercial Credit Group Inc.   (u)Fastenal Company   (u)G & K Services

(u)Joey Robbins

End of Label Matrix
Mailable recipients   90
Bypassed recipients    4
Total                 94