29011

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

| | | |
|---|---|---|
| In re: | ) | |
| | ) | No. 09 B 006552 |
| TML TRANSIT, INC., | ) | Chapter 11 |
| Debtor(s) | ) | Hon. Susan Pierson Sonderby |

## FINAL REPORT OF DEBTOR AND SCHEDULE OF UNPAID DEBTS

NOW COMES the Debtor, TML TRANSIT, INC., ("TML") by and through its attorney, CHARLES WM. DOBRA, LTD., and for its Final Report and Schedule of Unpaid Debts, submits as follows:

1. The Debtor was a Chapter 11 Debtor for the period of February 27, 2009 through and including September 9, 2009, at which time this case was converted to a Chapter 7 proceeding; it should specifically be noted that Debtor ceased all operations as of June, 2009.

2. While acting as Debtor-in-Possession, Debtor operated a trucking company under the name "TML Transit, Inc.", and all transactions and/or disbursements were accomplished via the Debtor-in-Possession account established at the National Bank of Commerce, 1640 West Lake Street, Addison, Illinois, and further identified as Account Number 15345. Complete paper or electronic records from this banking institution are not available to TML as this bank failed and was acquired by the FDIC. All available paper records from this banking institution and TML's factor, Gulf Coast Bank & Trust Company, were sent to the Chapter 7 Trustee.

3. As part of its final report, Debtor attaches Group Exhibit "A", the Summary of Cash Receipts and Disbursements and Operating Reports for each and every month the Debtor functioned as Debtor-in-Possession.

4. All debts listed in Amended Schedule F of the bankruptcy petition, filed with this Court on April 24, 2009, attached hereto as Group Exhibit "B" and incorporated herein by reference, remain

1

un)aid.

5. Pursuant to Rule 1019(1), the schedules and statement of financial affairs filed in the Chapter 11 case shall be deemed to be filed in this instant Chapter 7 case.

6. Pursuant to Rule 1019(4), the designated responsible party, Mr. Charles Blankenship, has compiled all records and has made said records available to the duly appointed Chapter 7 Trustee *in this case*, Mr. David Grochochinski. Mr. Grochochinski personally inspected those records. In addition, all property of the estate in control of the Debtor in Possession as been turned over to the Trustee.

7. Purusant to Rule 1019(5)(A)(i) Debtor previously submitted and filed a List of all Unpaid Post Petition Debts owed by Debtor, attached hereto as Ex. "C" and made part hereof by incorporation.

Respectfully submitted,

TML TRANSIT, INC.

By: _____
Charles Blankenship

Charles Wm. Dobra, Esq.
CHARLES WM. DOBRA, LTD.
Attorney at Law
675 E. Irving Park Road
Suite 100
Roselle, Illinois  60172
Tel  (630)893-2494
Fax  (630)893-2497

Attorney No.: 26755 (Cook)
              29320 (Du Page)
              0647039 (Kane)

**Facsimile Service in Compliance**
**With Federal Rules Will Be Accepted**
**At: (630)893-2497**

2

# CERTIFICATE OF TRANSMITTAL & SERVICE

The undersigned attorney certifies under the penalty of perjury that he has on the date shown below via the Court's ECF System, transmitted and served a true copy of this document to the United States Trustee, or the United States Chapter 13 Standing Trustee, and attorneys, and other persons and entities that may be so listed, and to the Debtor and other persons and entities who may be listed on the Service List, via first class mail deposited with the United States Postal Service in either Medinah or Roselle, Illinois, prior to 5:00 PM with postage fully prepaid.

Dated: *MAY 7, 2010*

/s/ **Charles Wm. Dobra**