UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TML Transit, Inc. | ) | Chapter 7 (Converted) |
| | ) | 09-06552 |
| Debtor | ) | Judge Sonderby |
| | ) | |

## AGREED ORDER ON
## FINAL APPLICATION FOR COMPENSATION
## FOR DEBTOR'S COUNSEL

This cause coming on to be heard on the Final Application for Compensation filed by Charles Wm. Dobra, the attorney of record for the debtor TML Transit, Inc. (the "Debtor"), due notice having been given and the Court being fully advised,

The parties agree as follows:

A. The voluntary petiton for relief under Chapter 11 was filed on February 27, 2009.

B. The Court entered an order May 12, 2009 approving Dobra's employment as attorney for the debtor-in-possession, and an order September 9, 2009 approving Dobra's first interim application for fees to the extent of $10,000.00 previously paid.

C. The case was converted to a Chapter 7 by order dated September 9, 2009, and David Grochocinski was appointed Chapter 7 trustee.

D. Dobra filed his Final Application for Compensation (Doc 103) on or about September 24, 2009; the Chapter 7 trustee filed a Motion for Disgorgement of Fees (Doc 192) on or about March 30, 2010, and the US Trustee filed an Objection (Doc 208) to the Final Application for Compensation on or about April 16, 2010. These three matters have been presented and continued, and are scheduled next to be heard on Tuesday, June 8, 2010.

E. The three parties identified in D above have, through their respective counsel whose signatures appear below, discussed the issues raised in the three pleadings and in any responses/replies

1

thereto, and have reached an agreement to resolve all issues raised by those pleadings.

Accordingly, it is hereby

ORDERED as follows:

1. The September 9, 2009 order, allowing compensation for Charles Wm Dobra as attorney for TML Transit, Inc. to the extent of $10,000.00 previously paid and allowed, stands as a final order allowing compensation for Charles Wm. Dobra from the bankruptcy estate.

2. Dobra's Final Application for Compensation is deemed withdrawn with prejudice to the extent it exceeds the $10,000.00 previously paid and allowed.

3. The US Trustee's objection to the final application for compensation is overruled as moot.

4. The Chapter 7 Trustee's motion for disgorgement of fees will be withdrawn with prejudice by separate order.

5. This order constitutes a final and binding resolution of all issues raised by the pleadings referenced above.

6. Provided that doing so remains consistent with applicable standards and rules of professional conduct, Dobra agrees to continue as Bankruptcy counsel for the debtor through case closing.

AGREED:

_____
Scott J Kofkin
Attorney for Charles Wm Dobra

_____
Charles Wm Dobra
Attorney for TML Transit, Inc

_____
Ariane Holtschlag
Attorney for Chapter 7 trustee
David Grochocinski

ENTERED:

5-26-10                              _____
_____
Date                                 Bankruptcy Judge

2